UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
IN CLERKS OFFICE
2020 AUG 10 PM 2: 30
U.S. DISTRICT COURT
DISTRICT OF MASS.

BOSTON
MA 021
30 JUL '20
PM 7 1



NEOPOST          FIRST-CLASS MAIL
07/30/2020
US POSTAGE $000.65⁰

ZIP 02210
041M11276665

Thomas D. Renison
58 Old Farms Rd.
Glastonbur~

NIXIE        061   DE 1        0008/08/20
            RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 02210302599    *1921-03276-30-43

## Other Orders/Judgments
1:20-cv-10027-IT Securities and Exchange Commission v. ARO Equity, LLC et al

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 7/30/2020 at 12:24 PM EDT and filed on 7/30/2020
**Case Name:**          Securities and Exchange Commission v. ARO Equity, LLC et al
**Case Number:**        1:20-cv-10027-IT
**Filer:**
**Document Number:** 37(No document attached)

**Docket Text:**
**Judge Indira Talwani: ELECTRONIC ORDER entered staying case as to Defendants Timothy Allcott and Thomas Renison, pending resolution of criminal matter 20-cr-10109, or further court order. Counsel shall file a Status Report by 11/23/2020. (Kelly, Danielle)**


**1:20-cv-10027-IT Notice has been electronically mailed to:**

Martin F Healey     healeym@sec.gov, #brodocket@sec.gov

Eric M. Brooks     brookse@sec.gov

**1:20-cv-10027-IT Notice will not be electronically mailed to:**

Timothy J. Allcott
41 Pine Street, #17
Peabody, MA 01960

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:20-cv-10027-IT

| | |
|---|---|
| Securities and Exchange Commission v. ARO Equity, LLC et al | Date Filed: 01/08/2020 |
| Assigned to: Judge Indira Talwani | Jury Demand: Plaintiff |
| Cause: 12:22 Securities Fraud | Nature of Suit: 850 |
| | Securities/Commodities |
| | Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

**Securities and Exchange Commission**                represented by   **Franklin C. Huntington , IV**
Securities and Exchange Commission
33 Arch Street
23rd Floor
Boston, MA 02110
617-573-8960
Fax: 617-573-4590
Email: huntingtonf@sec.gov
*TERMINATED: 04/24/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric M. Brooks**
Securities and Exchange Commission -
MA
33 Arch Street
23rd Floor
Boston, MA 02110-1424
(617) 573-8816
Email: brookse@sec.gov
*ATTORNEY TO BE NOTICED*

**Martin F Healey**
Securities and Exchange Commission
33 Arch Street, 23rd Floor
Boston, MA 02110
617-573-8952
Fax: 617-424-5040
Email: healeym@sec.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| ARO Equity, LLC | represented by | **Kevin J. Kilduff** |
|---|---|---|
| | | The Law Offices of Kevin Kilduff |
| | | 99 Derby Street, Suite 200 |
| | | Hingham, MA 02043 |
| | | 781-556-1040 |
| | | Email: kkilduff@kildufflawpc.com |
| | | *TERMINATED: 03/06/2020* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| **Timothy J. Allcott** | represented by | **Timothy J. Allcott** |
|---|---|---|
| | | 41 Pine Street, #17 |
| | | Peabody, MA 01960 |
| | | PRO SE |
| | | |
| | | **Kevin J. Kilduff** |
| | | (See above for address) |
| | | *TERMINATED: 03/06/2020* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| **Thomas D. Renison** | represented by | **Thomas D. Renison** |
|---|---|---|
| | | 53 Old Farms Road |
| | | Glastonbury, CT 06073 |
| | | PRO SE |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 01/08/2020 | 1 | COMPLAINT against THOMAS D. RENISON, TIMOTHY J. ALLCOTT, ARO EQUITY, LLC (Fee Status: US Government), filed by Securities and Exchange Commission. (Attachments: # 1 Civil Cover Sheet, # 2 Category Form)(Huntington, Franklin) (Entered: 01/08/2020) |
| 01/08/2020 | 2 | NOTICE of Case Assignment. Magistrate Judge M. Page Kelley assigned to case. Plaintiff's counsel, or defendant's counsel if this case was initiated by the filing of a Notice of Removal, are directed to the Notice and Procedures regarding Consent to Proceed before the Magistrate Judge which can be downloaded here. These documents will be mailed to counsel not receiving notice electronically. Pursuant to General Order 09-3, until the Court receives for filing either a consent to the Magistrate Judge's jurisdiction or the reassignment of the case to a District Judge, the initial assignment of a civil case to the Magistrate Judge is a referral to the Magistrate Judge under 28 USC 636(b) for all pretrial non-dispositive matters and Report and Recommendations, but not for the Rule 16(b) scheduling conference. (Finn, Mary) (Entered: 01/08/2020) |
| 01/08/2020 | 3 | Summons Issued as to TIMOTHY J. ALLCOTT, ARO EQUITY, LLC, THOMAS D. RENISON. Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with **Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving** |

| | | notice electronically for completion of service. (Jones, Sherry) (Entered: 01/08/2020) |
|---|---|---|
| 01/09/2020 | 4 | AMENDED COMPLAINT against All Defendants, filed by Securities and Exchange Commission.(Huntington, Franklin) (Entered: 01/09/2020) |
| 01/31/2020 | 5 | ANSWER to 4 Amended Complaint by TIMOTHY J. ALLCOTT.(Kilduff, Kevin) (Entered: 01/31/2020) |
| 01/31/2020 | 6 | **This document has been STRUCK from the record pursuant to Order 24 .** ANSWER to 4 Amended Complaint by ARO EQUITY, LLC.(Kilduff, Kevin) Modified on 3/6/2020 (Kelly, Danielle). (Entered: 01/31/2020) |
| 02/01/2020 | 7 | ELECTRONIC NOTICE TO COUNSEL: Notification forms indicating whether or not a party has consented to proceed before a U.S. Magistrate Judge have not been received in the Clerk's Office. The submission of the form is mandatory. Completed forms shall be filed promptly. Additional forms can be obtained on the Court's web page at http://www.mad.uscourts.gov. (MacDougall, Patricia) (Entered: 02/01/2020) |
| 02/04/2020 | 8 | Refusal to Consent to Proceed Before a US Magistrate Judge. . (Huntington, Franklin) (Entered: 02/04/2020) |
| 02/04/2020 | 9 | ELECTRONIC NOTICE of RE-Case Assignment. Judge Indira Talwani assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge M. Page Kelley. (Finn, Mary) (Entered: 02/04/2020) |
| 02/05/2020 | 10 | NOTICE of Scheduling Conference: Scheduling Conference set for 3/9/2020 03:30 PM in Courtroom 9 before Judge Indira Talwani. Counsel for the plaintiff(s) is responsible for ensuring that all parties and/or their attorneys who have not filed an answer or appearance with the court are notified of the date of the scheduling conference. (MacDonald, Gail) (Entered: 02/05/2020) |
| 02/06/2020 | 11 | AFFIDAVIT OF SERVICE Executed by Securities and Exchange Commission. ARO Equity, LLC served on 1/21/2020, answer due 2/11/2020. Acknowledgement filed by Securities and Exchange Commission. (Huntington, Franklin) (Entered: 02/06/2020) |
| 02/06/2020 | 12 | AFFIDAVIT OF SERVICE Executed by Securities and Exchange Commission. Timothy J. Allcott served on 1/15/2020, answer due 2/5/2020. Acknowledgement filed by Securities and Exchange Commission. (Huntington, Franklin) (Entered: 02/06/2020) |
| 02/06/2020 | 13 | AFFIDAVIT OF SERVICE Executed by Securities and Exchange Commission. Thomas D. Renison served on 1/21/2020, answer due 2/11/2020. Acknowledgement filed by Securities and Exchange Commission. (Huntington, Franklin) (Entered: 02/06/2020) |
| 02/12/2020 | 14 | MOTION to Withdraw as Attorney by Timothy J. Allcott.(Kilduff, Kevin) (Entered: 02/12/2020) |
| 02/12/2020 | 15 | MOTION to Strike 6 Answer to Amended Complaint *and Withdraw as Counsel* by ARO EQUITY, LLC.(Kilduff, Kevin) (Entered: 02/12/2020) |
| 02/14/2020 | 16 | Judge Indira Talwani: ELECTRONIC ORDER: Attorney Kevin Kilduff shall serve his Motion to Withdraw as Attorney 14 on Defendant Timothy J. Allcott, and his Motion to Strike Answer to Amended Complaint and Withdraw as Counsel 15 on Defendant ARO Equity, LLC. See Local Rule 83.5.2(d). Counsel shall also serve a |

| | | |
|---|---|---|
| | | copy of this electronic order on both Defendants, and shall promptly file a certificate of service, including the address used for service. Any opposition to either or both Motions shall be filed within 14 days after such service.(Kelly, Danielle) (Entered: 02/14/2020) |
| 03/02/2020 | 17 | NOTICE Resetting a Hearing. Scheduling Conference set for 3/9/2020 03:00 PM in Courtroom 9 before Judge Indira Talwani. **PLEASE NOTE CHANGE TO EARLIER TIME.** (MacDonald, Gail) (Entered: 03/02/2020) |
| 03/02/2020 | 18 | CERTIFICATE OF SERVICE pursuant to LR 5.2 by ARO Equity, LLC re 16 Order,, . (Kilduff, Kevin) (Entered: 03/02/2020) |
| 03/02/2020 | 19 | CERTIFICATE OF SERVICE pursuant to LR 5.2 by Timothy J. Allcott re 16 Order,, . (Kilduff, Kevin) (Entered: 03/02/2020) |
| 03/02/2020 | 20 | NOTICE of Appearance by Martin F Healey on behalf of Securities and Exchange Commission (Healey, Martin) (Entered: 03/02/2020) |
| 03/02/2020 | 21 | STATUS REPORT *as called for in the Court's February 5, 2020 Notice of Scheduling Conference* by Securities and Exchange Commission. (Healey, Martin) (Entered: 03/02/2020) |
| 03/02/2020 | 22 | NOTICE of Appearance by Eric M. Brooks on behalf of Securities and Exchange Commission (Brooks, Eric) (Entered: 03/02/2020) |
| 03/06/2020 | 23 | Judge Indira Talwani: ELECTRONIC ORDER: Attorney Kevin J. Kilduff's Motion to Withdraw as Counsel 14 for Defendant Timothy J. Allcott seeks to withdraw on the ground that Defendant Allcott has notified counsel's firm of Allcott's decision to terminate the Firm's representation of him in this matter and his decision to proceed on a pro se basis. On February 14, 2020, the court directed Attorney Kilduff to serve on Defendant Allcott the Motion to Withdraw and a copy of the court's electronic order directing Defendant that any opposition to the motion to withdraw must be filed within 14 days after such service. Elec. Order 16 . Counsel's Certificate of Service 19 states that counsel served Defendant Allcott with these documents by mail on February 18, 2020. No opposition having been filed, the Motion to Withdraw as Counsel 14 is **GRANTED**. As Defendant Allcott is now proceeding pro se, the clerk shall add Defendant Allcott's address, as set forth in the Certificate of Service 19 , to the docket. (Kelly, Danielle) (Entered: 03/06/2020) |
| 03/06/2020 | 24 | Judge Indira Talwani: ELECTRONIC ORDER: Attorney Kevin J. Kilduff's Motion to Strike Answer and Withdraw as Counsel 15 for Defendant ARO Equity, LLC, seeks the requested relief on the ground that Attorney Kilduff's firm was engaged by Timothy J. Allcott to represent Defendant ARO Equity, LLC, but that Allcott did not have authority at the time to retain the firm on behalf of Defendant ARO Equity, LLC. On February 14, 2020, the court directed Attorney Kilduff to serve on Defendant ARO Equity, LLC, the Motion to Strike Answer and Withdraw as Counsel, and a copy of the court's electronic order directing Defendant that any opposition to the motion to withdraw must be filed within 14 days after such service. Elec. Order 16 . Counsel's Certificate of Service 18 states that counsel served Defendant ARO Equity, LLC, with these documents by mail on February 18, 2020. No opposition having been filed, the Motion to Strike Answer and Withdraw as Counsel 15 is **GRANTED**, and the Answer 6 by ARO Equity, LLC, is stricken. Plaintiff's Affidavit of Service 11 states that Defendant ARO Equity, LLC, was served on January 21, 2020, such that an Answer is now overdue. In light of the |

| | | mistaken filing of the Answer 6 , Defendant ARO Equity, LLC's time to respond to the Complaint is extended to March 20, 2020. If Defendant ARO Equity, LLC, fails to appear through counsel by that date, Plaintiff may seek entry of a default. As the court now has no counsel on the docket for Defendant ARO Equity, LLC, the court directs Attorney Kevin Kilduff to serve a copy of this order on Defendant ARO Equity, LLC, and promptly file a certificate of service, including the address used for service. (Kelly, Danielle) (Entered: 03/06/2020) |
|---|---|---|
| 03/06/2020 | 25 | ELECTRONIC NOTICE Canceling Hearing. Scheduling Conference set for 03/09/2020, is canceled and will be reset by the clerk. (MacDonald, Gail) (Entered: 03/06/2020) |
| 03/12/2020 | 26 | MOTION to Strike The Answer Of Timothy Allcott 5 by Timothy J. Allcott. (Kelly, Danielle) (Entered: 03/12/2020) |
| 03/13/2020 | 27 | Judge Indira Talwani: ELECTRONIC ORDER entered **DENYING** Defendant Timothy Allcott's Motion to Strike 26 . If Defendant Allcott disagrees with the content of the Answer 5 filed on his behalf by his prior counsel, Defendant Allcott may file a motion seeking leave to amend his answer. Any such motion shall include a copy of the proposed Amended Answer. (Kelly, Danielle) (Entered: 03/13/2020) |
| 04/23/2020 | 28 | MOTION to Withdraw as Attorney *by Frank C. Huntington* by Securities and Exchange Commission.(Huntington, Franklin) (Entered: 04/23/2020) |
| 04/24/2020 | 29 | Judge Indira Talwani: ELECTRONIC ORDER **ALLOWING** 28 Motion to Withdraw as Attorney. Attorney Franklin C. Huntington, IV terminated. (Kelly, Danielle) (Entered: 04/24/2020) |
| 06/09/2020 | 30 | STATUS REPORT *and Scheduling* by Securities and Exchange Commission. (Healey, Martin) (Entered: 06/09/2020) |
| 06/10/2020 | 31 | Judge Indira Talwani: ELECTRONIC ORDER: On March 6, 2020, the court granted Attorney Kilduff's Motion to Withdraw 15 as counsel for Defendant ARO Equity, LLC. See Elec. Order 24 . The court further ordered that: "As the court now has no counsel on the docket for Defendant ARO Equity, LLC, the court directs Attorney Kevin Kilduff to serve a copy of this order on Defendant ARO Equity, LLC, and promptly file a certificate of service, including the address used for service." Id. Attorney Kilduff has failed to file the certificate of service as directed by the court. Attorney Kilduff is again ORDERED to file a certificate of service of the court's Electronic Order 24 on ARO Equity, LLC, and to file a certificate of service, including the address used for service. Failure to comply with this order may result in sanctions. (Kelly, Danielle) (Entered: 06/10/2020) |
| 06/11/2020 | 32 | ELECTRONIC NOTICE of Hearing. Telephonic Status Conference set for 7/16/2020 03:00 PM before Judge Indira Talwani. Calling instructions will be provided to counsel by the clerk. (MacDonald, Gail) (Entered: 06/11/2020) |
| 06/16/2020 | 33 | CERTIFICATE OF SERVICE pursuant to LR 5.2 by ARO Equity, LLC . (Kilduff, Kevin) (Entered: 06/16/2020) |
| 07/02/2020 | 34 | NOTICE Resetting a Hearing. Status Conference set for 7/16/2020 is RESET for 7/23/2020 02:45 PM before Judge Indira Talwani. This conference will be held telephonically; calling instructions will be provided to counsel by the clerk. (MacDonald, Gail) (Entered: 07/02/2020) |

| 07/23/2020 | 35 | Electronic Clerk's Notes for proceedings held before Judge Indira Talwani: Status Conference held on 7/23/2020. Case called. Timothy Allcott and ARO Equity, LLC failed to appear. Case stayed as to Mr. Renison only, pending the resolution of the criminal matter proceeding before Judge O'Toole. Counsel shall file a Status Report by 11/23/2020. An Order to Show Cause will be issued to Mr. Alcott to show cause why he did not participate in today's proceeding. Plaintiff may request default to issue. (Status Report due by 11/23/2020). (Court Reporter: Robert Paschal at rwp.reporter@gmail.com.) (Attorneys present: Eric M. Brooks, Martin F Healey, Thomas D. Renison pro se but w/crim counsel Jane Peachy present (20cr10109-GAO)) (MacDonald, Gail) (Entered: 07/24/2020) |
|---|---|---|
| 07/28/2020 | 36 | Letter from Timothy Allcott. (MacDonald, Gail) (Entered: 07/28/2020) |
| 07/30/2020 | 37 | Judge Indira Talwani: ELECTRONIC ORDER entered staying case as to Defendants Timothy Allcott and Thomas Renison, pending resolution of criminal matter 20-cr-10109, or further court order. Counsel shall file a Status Report by 11/23/2020. (Kelly, Danielle) (Entered: 07/30/2020) |